---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

---

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Science, Language, and Arts International School** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-4301290** | |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **9 Hanover Place** **Brooklyn, NY 11201** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Kings** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **slaschool.org** | |
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ■ Other. Specify: **Not for Profit** | |

1/13/22  8:42PM

Debtor   **Science, Language, and Arts International School**                 Case number (*if known*) _____
             Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __6111__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor __Science, Language, and Arts International School_____     Case number (*if known*) _____
　　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

　■ No
　☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■　Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐　A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other___Live animals_____

**Where is the property?**　**9 Hanover Place**
**Brooklyn, NY, 11201-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes.　Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**　.　*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

1/13/22 8:42PM

Debtor   **Science, Language, and Arts International School**    Case number (*if known*) _____

Name

**16.   Estimated liabilities**

☐ $0 - $50,000

☐ $50,001 - $100,000

☐ $100,001 - $500,000

☐ $500,001 - $1 million

■ $1,000,001 - $10 million

☐ $10,000,001 - $50 million

☐ $50,000,001 - $100 million

☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion

☐ $1,000,000,001 - $10 billion

☐ $10,000,000,001 - $50 billion

☐ More than $50 billion

1/13/22  8:42PM

| Debtor | **Science, Language, and Arts International School** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 13, 2022**
                            MM / DD / YYYY

**X** **/s/ Jennifer Wilkin**                                          **Jennifer Wilkin**
        Signature of authorized representative of debtor        Printed name

Title    **Head of School**

---

**18. Signature of attorney**

**X** **/s/ James T Bentley**                             Date **January 13, 2022**
        Signature of attorney for debtor                              MM / DD / YYYY

**James T Bentley**
Printed name

**Winston & Strawn LLP**
Firm name

**200 Park Ave.**
**New York, NY 10166-4193**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 294-6700**          Email address    **JBentley@winston.com**

**4120853 NY**
Bar number and State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Science, Language, and Arts International School</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
  amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __January 13, 2022__    X /s/ Jennifer Wilkin
                                       Signature of individual signing on behalf of debtor

                                       **Jennifer Wilkin**
                                       Printed name

                                       **Head of School**
                                       Position or relationship to debtor

1/13/22 8:42PM

**Fill in this information to identify the case:**

Debtor name    **Science, Language, and Arts International School**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

---

**Part 1:    Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................................ $         0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................... $     **2,631,888.85**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................... $     **2,631,888.85**

---

**Part 2:    Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **424,110.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $     0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$     **1,558,965.13**

4.  **Total liabilities** .................................................................................................................................
    Lines 2 + 3a + 3b

$     **1,983,075.13**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

1/13/22  8:42PM

**Fill in this information to identify the case:**

Debtor name  **Science, Language, and Arts International School**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | **$20.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Dime Bank** | | | **$251,359.17** |
| 3.2. **Bank of America** <br> **Overdrawn ($2,456.45)** | | | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

| 4.1. **Paypal** | **$23.95** |
|---|---|

5. **Total of Part 1.** | **$251,403.12** |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

Debtor   **Science, Language, and Arts International School**          Case number *(If known)* _____
        Name

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

       **SPLAT**
       **100 Bogart St.**

8.1.  **Brooklyn, NY 11221**                                          **$750.00**

8.2.  **See Schedule G for pre-payments/tuition deposits made by families.**         **$895,050.72**

9.   **Total of Part 2.**                                                  **$895,800.72**

      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or more:        **28,450.00**   -          **0.00** = ....       **$28,450.00**
                        face amount                 doubtful or uncollectible accounts
        **Beatrice Octavie - Tuition Owed**

11a. 90 days old or more:      **1,389,415.68**   -           = ....      **$1,389,415.68**
                        face amount                 doubtful or uncollectible accounts
        **Friends of the International Charter School of NY (Sub-Lease Rent)**
        **55 Willoughby St**
        **Brooklyn, NY 11201**

11a. 90 days old or more:        **13,000.00**   -          **0.00** = ....       **$13,000.00**
                        face amount                 doubtful or uncollectible accounts
        **Bonjour NY ABC, LLC**
        **528 Putnam Aveune FL 3**
        **Brooklyn, NY 11221**

11a. 90 days old or more:         **3,158.00**   -          **0.00** = ....       **$3,158.00**
                        face amount                 doubtful or uncollectible accounts
        **Russell Sarder and Mary Switzer -Tuition Owed**

11a. 90 days old or more:        **20,578.00**   -          **0.00** = ....       **$20,578.00**
                        face amount                 doubtful or uncollectible accounts
        **Jennifer Wilkin Note**
        **9 Hanover Place**
        **Brooklyn, NY 11201**

11b. Over 90 days old:          **7,822.83**   -          **0.00** =....       **$7,822.83**
                        face amount                 doubtful or uncollectible accounts
        **Rozlin Financial Group**

11b. Over 90 days old:          **2,600.00**   -          **0.00** =....       **2,600.00**
                        face amount                 doubtful or uncollectible accounts
        **Antoine Debouverie**
        **487 Driggs Ave**

        **Brooklyn, NY 11211**

Debtor    **Science, Language, and Arts International School**          Case number *(If known)* _____
_____
          Name

| 11b. Over 90 days old: | **3,200.00** | - | **0.00** =.... | **$3,200.00** |
| | face amount | | doubtful or uncollectible accounts | |

**Rochelle & Delon Dorset**
**235 Malcolm X Blvd**
**Apt 3R**
**Brooklyn, NY 11233**

| 11b. Over 90 days old: | **13,135.00** | - | **0.00** =.... | **$13,135.00** |
| | face amount | | doubtful or uncollectible accounts | |

**Keiko Niccolini**
**95 Lexington Ave**
**Apt 4D**
**Brooklyn, NY 11238**

| 12. | **Total of Part 3.** | **$1,481,359.51** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture**<br>**Office Furniture**<br>**9 classrooms full of tables, chairs and shelving** | **$0.00** | | **$0.00** |

| 40. | **Office fixtures** | | | |

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |

1/13/22  8:42PM

Debtor    **Science, Language, and Arts International School**                    Case number *(if known)* _____
Name

| | | | |
|---|---|---|---|
| **Two Computer Monitors** | Unknown | | $200.00 |
| **Four Desktop Computers** | Unknown | | $400.00 |
| **Ten Echo Bluetooth Speakers** | Unknown | N/A | $400.00 |
| **One Projector** | Unknown | N/A | $25.00 |
| **Educational classroom materials** | Unknown | N/A | $2,000.00 |
| **Used children's books** | Unknown | | $0.50 |
| **Basic office supplies** | Unknown | | $200.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                           $3,225.50
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Photo Copier /Printer (Rent)** | $0.00 | | $0.00 |

51.    **Total of Part 8.**                                                          $0.00
Add lines 47 through 50.  Copy the total to line 87.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Debtor    **Science, Language, and Arts International School**    Case number *(If known)* _____
Name

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites**<br>**slaschool.org: School's Website** | Unknown | | Unknown |
| 62.    **Licenses, franchises, and royalties**<br>**Day Care Facility License** | Unknown | | Unknown |
| 63.    **Customer lists, mailing lists, or other compilations**<br>**Student Register (Past/Present)** | Unknown | | $0.00 |
| **Customer List: Financial Information, health records, home addresses, telephone numbers and places of employment.** | Unknown | | $0.00 |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| $0.00 |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
☑ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

1/13/22  8:42PM

Debtor     **Science, Language, and Arts International School**              Case number *(If known)* _____
            Name

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.**    **Notes receivable** <br> Description (include name of obligor) |  |
| **72.**    **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) |  |
| **73.**    **Interests in insurance policies or annuities** <br> **Mount Vernon Fire Insurance Company** <br> **Non Profit Directors & Officers Liability Policy** | $0.00 |
| **74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| **75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| **76.**    **Trusts, equitable or future interests in property** |  |
| **77.**    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership <br><br> **Two Turtle tank with turtles, pumps, etc.** | $100.00 |

**78.    Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                    | $100.00 |

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

1/13/22 8:42PM

Debtor    **Science, Language, and Arts International School**    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $251,403.12 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $895,800.72 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,481,359.51 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,225.50 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $100.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,631,888.85 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,631,888.85 |

1/13/22  8:42PM

**Fill in this information to identify the case:**

Debtor name   **Science, Language, and Arts International School**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A**<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Internal Revenue Services** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 7346**
**Philadelphia, PA**
**19101-7346**

Creditor's mailing address

**File No. 201903040089746**

Creditor's email address, if known

Describe the lien
**Federal Tax Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred**
**03/04/19**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **IRS** | Describe debtor's property that is subject to a lien | $424,110.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 7346**
**Philadelphia, PA**
**19101-7346**

Creditor's mailing address

Creditor's email address, if known

Describe the lien
**Federal Tax Liens**

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred**
**March 4, 2019**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9746**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

1/13/22  8:42PM

Debtor    **Science, Language, and Arts International School**    Case number (if known) _____
          Name

| 2.3 | **New York State Department** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name
**Bankruptcy Section**
**PO Box 5300**
**Albany, NY 12205-0300**
Creditor's mailing address

**File No. E-045867781-W002-4**

Describe the lien
**State Tax Lien**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred**
**06/08/18**
Last 4 digits of account number

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.4 | **New York State Department** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name
**Bankruptcy Section**
**PO Box 5300**
**Albany, NY 12205-0300**
Creditor's mailing address

**File No. E-045867781-W005-7**

Describe the lien
**State Tax Lien**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred**
**02/22/19**
Last 4 digits of account number

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.5 | **NY State Dept of Taxation** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name
**Bankruptcy Section**
**PO Box 5300**
**Albany, NY 12205-0300**
Creditor's mailing address

**File No. 003758372-01**

Describe the lien
**State Tax Lien**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred**
**06/07/18**
Last 4 digits of account number

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

1/13/22  8:42PM

Debtor  **Science, Language, and Arts International School**                    Case number (if known) _____
         Name

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **NY State Dept of Taxation** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**Bankruptcy Section**
**PO Box 5300**
**Albany, NY 12205-0300**

Creditor's mailing address

**File No. 003838704-01**

**Describe the lien**
**State Tax Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
**02/21/19**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **NYS Dept of Taxation** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**PO Box 5300**
**Albany, NY 12205-0300**

Creditor's mailing address

**Describe the lien**
**State Tax Liens**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **U.S. Small Business Admin** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**1550 Richmond Rd**
**Staten Island, NY 10304**

Creditor's mailing address

**Describe the lien**
**PPP Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
**06/30/20**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

1/13/22  8:42PM

| Debtor | **Science, Language, and Arts International School** | Case number (if known) | |
| | Name | | |

3307

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **U.S. Small Business Admin** | | | | |
| | Creditor's Name | | | | |

Describe debtor's property that is subject to a lien                    $21,036.25         $0.00

**Filing No. 202006306453307**

**409 3rd St, SW**
**Washington, DC 20416**
Creditor's mailing address

Describe the lien

**PPP Loan**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**06/30/20**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $445,146.25

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

1/13/22  8:42PM

**Fill in this information to identify the case:**

Debtor name __Science, Language, and Arts International School__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | **$17,794.40** |
| | **Jessica Adler**<br>**950 Greene Avenue**<br>**Brooklyn, NY 11221** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Tuition Deposit__

Is the claim subject to offset? ☑ No  ☐ Yes

| | | |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address | **$16,001.00** |
| | **All System Mechanical**<br>**2215 70th St**<br>**East Elmhurst, NY 11370** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __HVAC Maintenance__

Is the claim subject to offset? ☑ No  ☐ Yes

| | | |
|---|---|---|
| **3.3** | Nonpriority creditor's name and mailing address | **$5,000.00** |
| | **Charlotte Arnold**<br>**295 St Johns Place, Apt 2**<br>**Brooklyn, NY 11238** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Tuition Deposit__

Is the claim subject to offset? ☑ No  ☐ Yes

| | | |
|---|---|---|
| **3.4** | Nonpriority creditor's name and mailing address | **$486.01** |
| | **ASR Office Solutions**<br>**328 Hillside Avenue**<br>**New Hyde Park, NY 11040** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | Science, Language, and Arts International School | Case number (if known) | |
|--------|--------|--------|--------|
| | Name | | |

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

Taina Augustin
101 S 5th Street Apt 6F
Brooklyn, NY 11249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tuition Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,496.24**

William Baker
644A Warren St Apt
Brooklyn, NY 11217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tuition Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,943.66**

Bloomz Inc
PO Box 6
Redmond, WA 98073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Software

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

Ambre Brandis
1174 Dean Street, Apt 1
Brooklyn, NY 11216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tuition Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

Breanne Breismeister
420 12th Street, Apt. N1R
Brooklyn, NY 11215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tuition Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

Janet Brown
6 Stephens Court, 4B
Brooklyn, NY 11226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tuition Deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00**

Capricorn - Apricora LLC
29 Northcote Dr
Melville, NY 11747

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Advertising

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Science, Language, and Arts International School** | Case number (if known) | |
|--------|------------------------------------------------------|------------------------|--|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,648.00** |
|------|------------------------------------------------------|---------------------------------------------------------------------|---------------|
| | **Michael Carlson** | ☐ Contingent | |
| | **363 Prospect Place, 3C** | ☐ Unliquidated | |
| | **Brooklyn, NY 11238** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Tuition Deposit__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|------|------------------------------------------------------|---------------------------------------------------------------------|---------------|
| | **Dara Carlton** | ☐ Contingent | |
| | **209 MacDougal St** | ☐ Unliquidated | |
| | **Brooklyn, NY 11233** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Tuition Deposit__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,480.00** |
|------|------------------------------------------------------|---------------------------------------------------------------------|---------------|
| | **Joseph Casper** | ☐ Contingent | |
| | **66 Jewel Street** | ☐ Unliquidated | |
| | **Brooklyn, NY 11222** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Tuition Deposit__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,476.00** |
|------|------------------------------------------------------|---------------------------------------------------------------------|----------------|
| | **Randolph Chao** | ☐ Contingent | |
| | **735 Bergen St 2A** | ☐ Unliquidated | |
| | **Brooklyn, NY 11238** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Tuition Deposit__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,301.00** |
|------|------------------------------------------------------|---------------------------------------------------------------------|----------------|
| | **Jennifer Chen** | ☐ Contingent | |
| | **207 Lincoln Road,** | ☐ Unliquidated | |
| | **Brooklyn, NY 11225** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Tuition Deposit__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,784.00** |
|------|------------------------------------------------------|---------------------------------------------------------------------|---------------|
| | **Joy Chen** | ☐ Contingent | |
| | **291 5th Ave 3L** | ☐ Unliquidated | |
| | **Brooklyn, NY 11215** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Tuition Deposit__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,993.00** |
|------|------------------------------------------------------|---------------------------------------------------------------------|----------------|
| | **Kimberely Cheng** | ☐ Contingent | |
| | **419 E. 4th Street, #2** | ☐ Unliquidated | |
| | **Brooklyn, NY 11218** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Tuition Deposit__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

1/13/22  8:42PM

Debtor    **Science, Language, and Arts International School**                    Case number (if known) _____

      Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Christopher Chung**
**305 23rd St., Apt 4E**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,264.00** |
|---|---|---|---|

**Lucian Cohen**
**550 Vanderbilt Ave Apt 11**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,900.00** |
|---|---|---|---|

**Marcell Coley**
**528 Willoughby Ave Box #4**
**Brooklyn, NY 11206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,480.00** |
|---|---|---|---|

**Trenton Collier**
**149 14th Street #1**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,650.00** |
|---|---|---|---|

**Community Brands**
**Corporate AR**
**Dept. 2145**
**PO Box 122145**
**Dallas, TX 75312-2145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Student Billing Software**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148.57** |
|---|---|---|---|

**Con Edison**
**Con Edison, JAF Station**
**P.O.Box 1702**
**New York, NY 10116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,032.00** |
|---|---|---|---|

**William Conway**
**93 8th Ave., Apt. 3**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

1/13/22  8:42PM

**Debtor**   **Science, Language, and Arts International School**                    Case number (if known) _____

Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,169.60 |
|---|---|---|---|

**Thomas Crimi**
**264 22nd Street**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Tuition Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,728.00 |
|---|---|---|---|

**Matthew Crosby**
**689 Monroe St**
**Brooklyn, NY 11221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Tuition Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.90 |
|---|---|---|---|

**De Lage Landen Fin.Ser.**
**1111 Old Eagle School Roa**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Copier/Photocopier Leasing__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Priscilla Debar**
**33 Bond Street, Apt 1906**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Tuition Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Valerie Dierker**
**4 Downing Street Apt 2A**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Tuition Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,696.00 |
|---|---|---|---|

**Sunshine Dunlop**
**538 W87th St apt 1**
**Brooklyn, NY 11236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Tuition Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,114.15 |
|---|---|---|---|

**Elite Services Group, LLC**
**c/o Metro Group**
**49 W. Mount Pleasant Ave**
**Box # 2371**
**Livingston, NJ 07039-9998**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Cleaning Company__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

1/13/22  8:42PM

| Debtor | Science, Language, and Arts International School | Case number (if known) | |
|--------|--------------------------------------------------|------------------------|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,696.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**Alexander Elkirk**
**135 St Felix Street #1**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tuition Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------|

**Emerald Brooklyn Holdings**
**350 West 42nd St Apt 20G**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,233.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**Marie-Ange Exilhomme**
**201 Clinton Ave, Apt. 15D**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tuition Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,929.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**Emily Fernandez**
**353 Ocean Ave Apt. 5A**
**Brooklyn, NY 11226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tuition Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,696.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**Emmanuel Fourmont**
**87 Smith Street, Apt 5E**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tuition Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**Foxtail Technologies**
**1107 Fair Oaks Ave, #884,**
**South Pasadena, CA 91030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Technology Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,437.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**Michael P Furdyna**
**402 Washington Ave. Apt.1**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tuition Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

1/13/22  8:42PM

| Debtor | **Science, Language, and Arts International School** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$440.00** |
|---|---|---|---|

**Gaeta Green Enviro**
**25 Van Street**
**Staten Island, NY 10310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Garbage Removal**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,476.00** |
|---|---|---|---|

**Amber L Garrison**
**29 St Johns Pl Apt 3**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tuition Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$233.00** |
|---|---|---|---|

**Gay Parent Magazine**
**P.O.Box 206**
**Boston, MA 02133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,038.00** |
|---|---|---|---|

**Go Green Inc.**
**485 Atlantic Ave Ste A**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Maintenance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Nicole Greco**
**307 Vanderbilt St. #1**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tuition Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$642.00** |
|---|---|---|---|

**Noemie Grenier**
**931 St-Marks Ave**
**Brooklyn, NY 11213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tuition Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,480.00** |
|---|---|---|---|

**Wiley Griffiths**
**56 Cambridge Place**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tuition Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

1/13/22 8:42PM

| Debtor | **Science, Language, and Arts International School** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Sharif Hamza**
**55 Berry Street, Apt 1J**
**Brooklyn, NY 11249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$593.00** |
|---|---|---|---|

**A. Harriott**
**1020 PRESIDENT STREET Apt**
**Brooklyn, NY 11225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,676.00** |
|---|---|---|---|

**Cassandra Hatton**
**70 Lenox Road Apt 6C**
**Brooklyn, NY 11226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Stephan Hoefnagels**
**509 Pacific St. Apt. 3F**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,399.00** |
|---|---|---|---|

**Emily A. Howard**
**136 Macon St Apt 2**
**Brooklyn, NY 11216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,787.04** |
|---|---|---|---|

**Vonetta Hoyte**
**99 Lafayette Ave, 10-C**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,568.00** |
|---|---|---|---|

**Benjamin Hsu**
**12 Schermerhorn St, A**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

1/13/22 8:42PM

| Debtor | **Science, Language, and Arts International School** | Case number (if known) | |
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,637.00** |
|---|---|---|---|
| | **Sherry Huang-Postelnicu** | ☐ Contingent | |
| | **759 President St Apt 1E** | ☐ Unliquidated | |
| | **Brooklyn, NY 11215** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Tuition Deposit__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **InDinero** | ☐ Contingent | |
| | **340 South Lemon Ave #4637** | ☐ Unliquidated | |
| | **Walnut, CA 91789** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Collections on old debt.__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,784.00** |
|---|---|---|---|
| | **Christopher Infante** | ☐ Contingent | |
| | **771 Union Street, Apt 2** | ☐ Unliquidated | |
| | **Brooklyn, NY 11215** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Tuition Deposit__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,420.00** |
|---|---|---|---|
| | **INResonance Inc** | ☐ Contingent | |
| | **32 Industrial Drive East** | ☐ Unliquidated | |
| | **Northampton, MA 01060** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Software & Tech Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,000.00** |
|---|---|---|---|
| | **Sshahzad Ismaily** | ☐ Contingent | |
| | **188 Underhill Ave Apt 2 B** | ☐ Unliquidated | |
| | **Brooklyn, NY 11238** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Tuition Deposit__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,000.00** |
|---|---|---|---|
| | **Jason and Rachel Beaurega** | ☐ Contingent | |
| | **195 Hawthorn Ave #1N** | ☐ Unliquidated | |
| | **Brooklyn, NY 11225** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Tuition Deposit__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,941.00** |
|---|---|---|---|
| | **Tabora Johnson** | ☐ Contingent | |
| | **420 Van Siclen Ave** | ☐ Unliquidated | |
| | **Brooklyn, NY 11207** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Tuition Deposit__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

1/13/22  8:42PM

| Debtor | Science, Language, and Arts International School | Case number (if known) | |
|--------|--------------------------------------------------|------------------------|--|
| | Name | | |

---

**3.61** Nonpriority creditor's name and mailing address

**Frank Kao**
**4323 9the Avenue, 1G**
**Brooklyn, NY 11232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$8,300.00**

---

**3.62** Nonpriority creditor's name and mailing address

**Jim Kerwin**
**1163 Dean Street #1**
**Brooklyn, NY 11211-8000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$12,993.00**

---

**3.63** Nonpriority creditor's name and mailing address

**Eyal Kleinhandler-Dahan**
**2117 Glenwood Road**
**Brooklyn, NY 11210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$12,993.00**

---

**3.64** Nonpriority creditor's name and mailing address

**Brendan C. Kombol**
**275 Conover Street, 4S**
**Brooklyn, NY 11231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$11,476.00**

---

**3.65** Nonpriority creditor's name and mailing address

**Alma Lacour**
**553 10th Street, #3**
**Brooklyn, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$11,264.00**

---

**3.66** Nonpriority creditor's name and mailing address

**Fanny Lakoubay**
**225 Cherry street, 71C**
**New York, NY 10002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$22,636.20**

---

**3.67** Nonpriority creditor's name and mailing address

**Fabienne Lasserre**
**1608 Bergen St, 2nd F**
**Brooklyn, NY 11213**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$4,636.00**

---

1/13/22  8:42PM

Debtor  **Science, Language, and Arts International School**                    Case number (if known) _____
         Name

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,393.00 |
|---|---|---|---|

**Caroline Lee**
**4407 4th Ave Apt B2**
**Brooklyn, NY 11220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,832.00 |
|---|---|---|---|

**Pui Lee**
**1444 31st Road**
**Astoria, NY 11106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,376.00 |
|---|---|---|---|

**Suzette Lee-Romagnolo**
**185 Atlantic Ave Apt 4**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,489.68 |
|---|---|---|---|

**Jaime Leifer**
**61 Midwood St**
**Brooklyn, NY 11225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Pamilyn Li**
**719 6th Avenue, Apt 4**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,953.40 |
|---|---|---|---|

**Andrew Lin**
**314 Degraw St #1**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,834.00 |
|---|---|---|---|

**Christopher Logan**
**200 Sterling Place, Apt D**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Science, Language, and Arts International School** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Michael Lyons**
**1111 N Gulfstream Ave #2D**
**Sarasota, FL 34236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Tuition Deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**Mackie Media**
**447 Broadway**
**2nd FL #401**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Marketing__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,784.00** |
|---|---|---|---|

**Nneoma Maduike**
**324 Dean Street Apt 5B**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Tuition Deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,032.00** |
|---|---|---|---|

**Django Martel**
**535 Dean St, Apt 208**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Tuition Deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47,480.20** |
|---|---|---|---|

**Kendall Masson**
**12 Schermerhorn St Apt 1**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Tuition Deposit (20%)__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,993.00** |
|---|---|---|---|

**Leeanne McIntyre**
**419 E. 4th Street, #2**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Tuition Deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Patricia Mullings**
**2081 Schenectady Ave**
**Brooklyn, NY 11234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Tuition Deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

1/13/22  8:42PM

Debtor    **Science, Language, and Arts International School**                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,440.00** |

3.82 | **Nonpriority creditor's name and mailing address**
**New York Family**
**One Metrotech Ctr North**
**Third Floor**
**Brooklyn, NY 11201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Marketing__

Is the claim subject to offset? ☐ No ☐ Yes

**$5,440.00**

---

3.83 | **Nonpriority creditor's name and mailing address**
**Christine Ng**
**565 Carroll St Apt. 1**
**Brooklyn, NY 11215**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Tuition Deposit__

Is the claim subject to offset? ☐ No ☐ Yes

**$12,637.00**

---

3.84 | **Nonpriority creditor's name and mailing address**
**Joseph Ng**
**251 1st Street Apt 7A**
**Brooklyn, NY 11215**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Tuition Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$11,264.00**

---

3.85 | **Nonpriority creditor's name and mailing address**
**Dang Nguyen**
**73 Bay 26th St, #2F**
**Brooklyn, NY 11214**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Tuition Deposit__

Is the claim subject to offset? ☐ No ☐ Yes

**$11,264.00**

---

3.86 | **Nonpriority creditor's name and mailing address**
**Thuan Nguyen**
**365 Bridge St Apt 24B**
**Brooklyn, NY 11201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Tuition Deposit__

Is the claim subject to offset? ☐ No ☐ Yes

**$12,301.00**

---

3.87 | **Nonpriority creditor's name and mailing address**
**Niche.com, Inc.**
**2840 Liberty Ave Ste 202**
**Pittsburgh, PA 15222**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Marketing__

Is the claim subject to offset? ■ No ☐ Yes

**$499.17**

---

3.88 | **Nonpriority creditor's name and mailing address**
**Peter Nigrini**
**296 Washington Ave.**
**Brooklyn, NY 11205**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Tuition Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$11,476.00**

1/13/22  8:42PM

Debtor    **Science, Language, and Arts International School**                    Case number *(if known)* _____
          Name

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$53.42** |
|------|---|---|---|

3.89    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$53.42**

**NYC Dept of Environ. Pro.**
**59-17 Junction Blvd**
**Flushing, NY 11368**
   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _
   **Basis for the claim:**  **Ulties**
   Is the claim subject to offset? ■ No  ☐ Yes

---

3.90    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$4,966.40**

**Faith Osorio**
**241-30 Caney Rd**
**Jamaica, NY 11422**
   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _
   **Basis for the claim:**  **Tuition Deposit**
   Is the claim subject to offset? ■ No  ☐ Yes

---

3.91    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$2,772.00**

**Patch**
**134 W 29th St, Fl 11,**
**New York, NY 10010**
   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _
   **Basis for the claim:**  **Marketing**
   Is the claim subject to offset? ☐ No  ☐ Yes

---

3.92    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$12,664.32**

**Frantz Pierre**
**200 Schermerhorn St.**
**Apt 324**
**Brooklyn, NY 11201**
   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _
   **Basis for the claim:**  **Tuition Deposit**
   Is the claim subject to offset? ■ No  ☐ Yes

---

3.93    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$5,000.00**

**Ina Popova**
**28 Old Fulton St, Apt 3k**
**Brooklyn, NY 11201**
   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _
   **Basis for the claim:**  **Tuition Deposit**
   Is the claim subject to offset? ■ No  ☐ Yes

---

3.94    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$6,256.00**

**Edouard Portelette**
**23 Virginia Place**
**Brooklyn, NY 11213**
   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _
   **Basis for the claim:**  **Tuition Deposit**
   Is the claim subject to offset? ■ No  ☐ Yes

---

3.95    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$10,200.00**

**Proclean Maintenance Syst**
**79 Alexander Ave**
**Bronx, NY 10454**
   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _
   **Basis for the claim:**  **Janitorial Services**
   Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Science, Language, and Arts International School**
       Name
       Case number (if known) _____

| | | |
|---|---|---|
| **3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.96**

**Nonpriority creditor's name and mailing address**

**Ravenna Solutions**
**PO Box 122145**
**Dallas, TX 75312-2145**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,748.50**

---

**3.97**

**Nonpriority creditor's name and mailing address**

**Veronica Reboredo**
**274 21st St, Apt 2A**
**Brooklyn, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$23,248.08**

---

**3.98**

**Nonpriority creditor's name and mailing address**

**Asha Rhodes-Meade**
**592 Sterling Place, Apt 2**
**Brooklyn, NY 11238**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,065.00**

---

**3.99**

**Nonpriority creditor's name and mailing address**

**Brooke Richie-Babbage**
**681 East 4th Street**
**Brooklyn, NY 11218**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,000.00**

---

**3.100**

**Nonpriority creditor's name and mailing address**

**Sonya Rocvil**
**353 Ocean Ave Apt 2i**
**Brooklyn, NY 11226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,240.40**

---

**3.101**

**Nonpriority creditor's name and mailing address**

**Michael Schapira**
**1138 Ocean Avenue #7A**
**Brooklyn, NY 11230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$24,983.60**

---

**3.102**

**Nonpriority creditor's name and mailing address**

**Douglas E. Schimmel**
**30 Henry St Apt 3**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tuition Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,696.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Science, Language, and Arts International School**                      Case number (if known) _____
      Name

| | |
|---|---|

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,640.00**

**Schneps**
**One MetroTech Center**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Marketing__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350.00**

**School & Student Services**
**Community Brands Holdco,**
**Dept 2145**
**P.O. Box 122145**
**Dallas, TX 75312-2145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Financial aid software__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,696.00**

**Alexander Selkirk**
**135 St Felix Street #1, B**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Tuition Deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,993.00**

**Mary Sheridan**
**280 Ashland Pl, Apt 12**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Tuition Deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,993.00**

**Faith Skeete**
**909 East 49th S**
**Brooklyn, NY 11203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Tuition Deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00**

**Melissa Smith**

**Brooklyn, NY 11225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Tuition Deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,637.00**

**Katherine Spector**
**240 Franklin Ave Apt 2a**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Tuition Deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

1/13/22  8:42PM

Debtor  **Science, Language, and Arts International School**                  Case number (if known)  _____

  Name

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|
| | **SPLAT** | ☐ Contingent | |
| | **100 Bogart St. Suite 420** | ☐ Unliquidated | |
| | **Brooklyn, NY 11221** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Security Deposit** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,382.50** |
|---|---|---|---|
| | **Summit Facility Solutions** | ☐ Contingent | |
| | **1065 Old Country Rd #209** | ☐ Unliquidated | |
| | **Westbury, NY 11590** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Cleaning Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,096.00** |
|---|---|---|---|
| | **Alice Tang** | ☐ Contingent | |
| | **452 Macon St** | ☐ Unliquidated | |
| | **Brooklyn, NY 11233** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Tuition Deposit** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,264.00** |
|---|---|---|---|
| | **Robyn Tang** | ☐ Contingent | |
| | **246 5th Ave, Apt 1L** | ☐ Unliquidated | |
| | **Brooklyn, NY 11215** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Tuition Deposit** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$218.79** |
|---|---|---|---|
| | **Tangerine Moons** | ☐ Contingent | |
| | **3876 Plantation Lakes Dr** | ☐ Unliquidated | |
| | **Johns Island, SC 29455** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Internet Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,632.00** |
|---|---|---|---|
| | **Shannon Thake-Kriegsmann** | ☐ Contingent | |
| | **179 Prospect Park West 4L** | ☐ Unliquidated | |
| | **Brooklyn, NY 11215** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Tuition Deposit** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,156.00** |
|---|---|---|---|
| | **The Tempositions Group** | ☐ Contingent | |
| | **622 3rd Ave 39th Floor** | ☐ Unliquidated | |
| | **New York, NY 10017** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

1/13/22  8:42PM

Debtor     **Science, Language, and Arts International School**          Case number (if known) _____
                    Name

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,852.16** |
|---|---|---|---|

**Lukas Toth**
**365 Bridge St Apt 9A**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tuition Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,036.65** |
|---|---|---|---|

**US Small Business Admin**
**409 3rd Street, SW**
**Washington, DC 20416**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **PPP Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$95.99** |
|---|---|---|---|

**Verizon**
**P.O. Box 15124**
**Albany, NY 12212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Internet Service Provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,177.39** |
|---|---|---|---|

**W.B. Mason**
**59 Centre Street**
**Brockton, MA 02301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,784.00** |
|---|---|---|---|

**Frank Wang**
**78 Amity St Apt 3E**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tuition Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,440.00** |
|---|---|---|---|

**Wang, Meivin**
**233 Lincoln Road**
**Brooklyn, NY 11225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tuition Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,544.00** |
|---|---|---|---|

**Sam Weinger**
**365 Bond St, Apt A516**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tuition Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

1/13/22  8:42PM

Debtor    **Science, Language, and Arts International School**                    Case number (if known) _____
          Name

| | |
|---|---|
| 3.124 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Theresa Weinstein** | $5,000.00 |
| **503 3rd St** | ☐ Contingent |
| **Brooklyn, NY 11215** | ☐ Unliquidated |
| | ☐ Disputed |
| Date(s) debt was incurred _ | |
| | Basis for the claim:  **Tuition Deposit** |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.125 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Western Pest** | $0.00 |
| **483 10th Ave  Suite 100** | ☐ Contingent |
| **New York, NY 10018** | ☐ Unliquidated |
| | ☐ Disputed |
| Date(s) debt was incurred _ | |
| | Basis for the claim:  **Trade Debt** |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.126 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Jennifer Wilkin** | $427,450.00 |
| **9 Hanover Place** | ☐ Contingent |
| **Brooklyn, NY 11201** | ☐ Unliquidated |
| | ☐ Disputed |
| Date(s) debt was incurred _ | |
| | Basis for the claim:  **Unpaid Compensation (2011-2017)** |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ☐ No ☐ Yes |

| | |
|---|---|
| 3.127 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Winfield Security** | $27,859.88 |
| **c/o Frank Goldstein** | ☐ Contingent |
| **330 W 38th St** | ☐ Unliquidated |
| **Suite 701** | ☐ Disputed |
| **New York, NY 10018** | |
| Date(s) debt was incurred _ | Basis for the claim:  **Building Security** |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ☐ No ☐ Yes |

| | |
|---|---|
| 3.128 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Afiya Witter** | $5,000.00 |
| **130 Clarkson Ave 3O** | ☐ Contingent |
| **Brooklyn, NY 11226** | ☐ Unliquidated |
| | ☐ Disputed |
| Date(s) debt was incurred _ | |
| | Basis for the claim:  **Tuition Deposit** |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.129 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Christine Wong** | $5,376.00 |
| **23 Luquer Street, Apt 1** | ☐ Contingent |
| **Brooklyn, NY 11231** | ☐ Unliquidated |
| | ☐ Disputed |
| Date(s) debt was incurred _ | |
| | Basis for the claim:  **Tuition Deposit** |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

1/13/22 8:42PM

| Debtor | **Science, Language, and Arts International School** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Elite Services Group, LLC**<br>**40 W 27th St**<br>**Floor 6**<br>**New York, NY 10001** | Line **3.32**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **The Accountkeepers**<br>**340 South Lemon Ave #4637**<br>**Walnut, CA 91789** | Line **3.55**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Winfield Security Corpora**<br>**57 West 38th Street**<br>**New York, NY 10018-5500** | Line **3.127**<br><br>☐ Not listed. Explain ____ | _ |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.   + | $ | 1,513,796.30 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,513,796.30 |

1/13/22  8:42PM

**Fill in this information to identify the case:**

Debtor name    **Science, Language, and Arts International School**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest   **Month to Month Copier/Photocopier Lease** | |
| State the term remaining | |
| List the contract number of any government contract | **De Lage Laden Financial 1111 Old Eagle School Rd Wayne, PA 19087** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest   **Tuition Deposit in the amount of $895,050.72** | |
| State the term remaining | |
| List the contract number of any government contract | **See Tuition Deposits in Schedule E/F** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

1/13/22  8:42PM

**Fill in this information to identify the case:**

Debtor name    **Science, Language, and Arts International School**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name   **Science, Language, and Arts International School** |
| United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK |
| Case number (if known)   _____ |

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For prior year:**<br>From  **7/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$108,334.37** |
| **For year before that:**<br>From  **7/01/2020** to  **6/30/2021** | ■ Operating a business<br>☐ Other _____ | **$2,600,483.00** |
| **For the fiscal year:**<br>From  **7/01/2019** to  **6/30/2020** | ■ Operating a business<br>☐ Other _____ | **$2,343,426.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
| --- | --- | --- |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>Check all that apply |
| --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | Science, Language, and Arts International School | Case number *(if known)* | |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Margaret Reimann**<br>**9 Hanover Place**<br>**Brooklyn, NY 11201**<br>**Curriculum Director/Board Member** | 07/26/21<br>05/07/21<br>04/16/21<br>03/10/21<br>02/19/21<br>01/22/21<br>12/24/20<br>11/13/20<br>10/16/20<br>09/18/20<br>08/14/20<br>07/13/20<br>06/12/20 | **$18,900.00** | **Consulting work (curriculum and teacher training)** |
| 4.2. **Sara Wilkin**<br>**9 Hanover Place**<br>**Brooklyn, NY 11201**<br>**Relative of Head of School** | 1/22/21 and 8/4/21 | **$705.00** | **Administrative support** |
| 4.3. **Jennifer Wilkin**<br>**9 Hanover Place**<br>**Brooklyn, NY 11201**<br>**Head of School** | January 1, 2021-December 4, 2021 | **$84,038.00** | **Compenstion** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Debtor | Science, Language, and Arts International School | | Case number *(if known)* | |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Ambre Brandis; Sherry Huang; Christopher Logan and Michaela Metcalfe; Jessica Adler and Frederick Dumas Bonnier; William Baker and Rita Horvath; Tristan Lacour and Alma Lacour; James Kerwin and Susannah Kerwin; Emmanuel Fourmont; Dara Carlton; Fanny and Malik Lakoubay; Alice Tang & Gregg Conde; Joseph and Jennifer Ng; Cassandra Hatton; Jennifer Chen and Michael PatAmbre Brandis vs. Science, Language, and Arts d/b/a Science, Language, and Arts International School Jason Beauregard**<br>**524545/2021** | **Class Action Suit** | **Supreme Court of the State of NY, Kings**<br>**360 Adams St #4**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **CA 522 Fulton LLC**<br>**652477/2021** | | **Supreme Court of the State of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Golenbock Eiseman Assor Bell & Peskoe, LLP**<br>**711 Third Ave**<br>**New York, NY 10017**<br>**156314-2021** | | **Supreme Court of the State of NY**<br>**NY County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

1/13/22 8:42PM

Debtor    **Science, Language, and Arts International School**

Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Frank Glien, CPA**<br>**30 Dietz Street**<br>**Cranford, NJ 07016** | | | **$3,500.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Science, Language, and Arts International School** | | Case number *(if known)* | |
|---|---|---|---|---|

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

<h2>Part 9:   Personally Identifiable Information</h2>

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Financial information, health records, home addresses, telephone numbers and places of employment.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

<h2>Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units</h2>

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

1/13/22  8:42PM

Debtor    Science, Language, and Arts International School                    Case number *(if known)*

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Public Storage<br>72 Emerson Place<br>Brooklyn, NY | Jennifer Wilkin<br>9 Hanover Place<br>Brooklyn, NY 11201 | Office computers and sensitive client financial and personal information | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

1/13/22  8:42PM

Debtor    **Science, Language, and Arts International School**    Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **The AccountKeepers**<br>**600 Market St g2,**<br>**Chapel Hill, NC 27516** | **08/2019 - 10/15/2020** |
| 26a.2.   **INResonance Inc/Student Billing**<br>**32 Industrial Drive East**<br>**Northampton, MA 01060** | **08/2019 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Frank Glien CPA**<br>**30 Dietz Street**<br>**Cranford, NJ 07016** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.   **Bill.com** | **Record of bills owed, vendors, and**<br>**institutional credits** |
| 26c.2.   **InResonance/Student Billing** | **Records of incoming tuition revenue,**<br>**payment plans** |
| 26c.3.   **Jennifer Wilkin**<br>**9 Hanover Place**<br>**Brooklyn, NY 11201** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

1/13/22  8:42PM

Debtor    Science, Language, and Arts International School          Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Kristie Blase | 9 Hanover Place Brooklyn, NY 11201 | Board member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Marie Guigue | 9 Hanover Place Brooklyn, NY 11201 | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Brett James | 9 Hanover Place Brooklyn, NY 11201 | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Jennifer Wilkin | 9 Hanover Place Brooklyn, NY 11201 | Board Member | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Christian Whitted | 9 Hanover Place Brooklyn, NY 11201 | Board Member | 2015 to  6/21/2021 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Margaret Reimann | 9 Hanover Place Brooklyn, NY 11201 | Board Member | 2011 to 8/9/2021 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Jennifer Wilkin 52 Putnam Ave Brooklyn, NY 11221 | $84,038.00 | | Compensation |
| | **Relationship to debtor** Head of School | | | |

1/13/22  8:42PM

Debtor    **Science, Language, and Arts International School**    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Margaret Reimann** | **$18,900.00** | | **Compensation** |
| | Relationship to debtor **Director** | | | |
| 30.3. | **Sara Wilkin** | **$705.00** | | **Compensation** |
| | Relationship to debtor **Adminiistrative Support** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 13, 2022**

**/s/ Jennifer Wilkin**                                    **Jennifer Wilkin**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Head of School**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re    **Science, Language, and Arts International School** _____    Case No. _____

_____
Debtor(s)                              Chapter    **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................    $ _____    **0.00**

    Prior to the filing of this statement I have received ........................    $ _____    **0.00**

    Balance Due .............................................................................    $ _____    **0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):    **Pro Bono**

3.  The source of compensation to be paid to me is:

    ☐ Debtor    ■ Other (specify):    **Pro Bono**

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    b.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; preparation and filing of motions pursuant to 11
        USC 105(a) and 363.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**January 13, 2022** _____    **/s/ James T Bentley** _____
_Date_                              **James T Bentley**
                                    _Signature of Attorney_
                                    **Winston & Strawn LLP**
                                    **200 Park Ave.**
                                    **New York, NY 10166-4193**
                                    **(212) 294-6700   Fax: (212) 294-4700**
                                    **JBentley@winston.com**
                                    _Name of law firm_

---

# United States Bankruptcy Court
## Eastern District of New York

In re    **Science, Language, and Arts International School**

                       Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **January 13, 2022**

**/s/ Jennifer Wilkin**

**Jennifer Wilkin**/**Head of School**
Signer/Title

Date:    **January 13, 2022**

**/s/ James T Bentley**

Signature of Attorney
**James T Bentley**
**Winston & Strawn LLP**
**200 Park Ave.**
**New York, NY 10166-4193**
**(212) 294-6700   Fax: (212) 294-4700**

USBC-44

Rev. 9/17/98

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Jessica Adler
950 Greene Avenue
Brooklyn, NY 11221


All System Mechanical
2215 70th St
East Elmhurst, NY 11370


Charlotte Arnold
295 St Johns Place, Apt 2
Brooklyn, NY 11238


ASR Office Solutions
328 Hillside Avenue
New Hyde Park, NY 11040


Taina Augustin
101 S 5th Street Apt 6F
Brooklyn, NY 11249


William Baker
644A Warren St Apt
Brooklyn, NY 11217


Bloomz Inc
PO Box 6
Redmond, WA 98073


Ambre Brandis
1174 Dean Street, Apt 1
Brooklyn, NY 11216


Breanne Breismeister
420 12th Street, Apt. N1R
Brooklyn, NY 11215


Janet Brown
6 Stephens Court, 4B
Brooklyn, NY 11226


Capricorn - Apricora LLC
29 Northcote Dr
Melville, NY 11747

Michael Carlson
363 Prospect Place, 3C
Brooklyn, NY 11238

Dara Carlton
209 MacDougal St
Brooklyn, NY 11233

Joseph Casper
66 Jewel Street
Brooklyn, NY 11222

Randolph Chao
735 Bergen St 2A
Brooklyn, NY 11238

Jennifer Chen
207 Lincoln Road,
Brooklyn, NY 11225

Joy Chen
291 5th Ave 3L
Brooklyn, NY 11215

Kimberely Cheng
419 E. 4th Street, #2
Brooklyn, NY 11218

Christopher Chung
305 23rd St., Apt 4E
Brooklyn, NY 11217

Lucian Cohen
550 Vanderbilt Ave Apt 11
Brooklyn, NY 11238

Marcell Coley
528 Willoughby Ave Box #4
Brooklyn, NY 11206

Trenton Collier
149 14th Street #1
Brooklyn, NY 11215

Community Brands
Corporate AR
Dept. 2145
PO Box 122145
Dallas, TX 75312-2145

Con Edison
Con Edison, JAF Station
P.O.Box 1702
New York, NY 10116

William Conway
93 8th Ave., Apt. 3
Brooklyn, NY 11215

Thomas Crimi
264 22nd Street
Brooklyn, NY 11215

Matthew Crosby
689 Monroe St
Brooklyn, NY 11221

De Lage Laden Financial
1111 Old Eagle School Rd
Wayne, PA 19087

De Lage Landen Fin.Ser.
1111 Old Eagle School Roa
Wayne, PA 19087

Priscilla Debar
33 Bond Street, Apt 1906
Brooklyn, NY 11201

Valerie Dierker
4 Downing Street Apt 2A
Brooklyn, NY 11238

Sunshine Dunlop
538 W87th St apt 1
Brooklyn, NY 11236

Elite Services Group, LLC
40 W 27th St
Floor 6
New York, NY 10001

Alexander Elkirk
135 St Felix Street #1
Brooklyn, NY 11217

Emerald Brooklyn Holdings
350 West 42nd St Apt 20G
New York, NY 10036

Marie-Ange Exilhomme
201 Clinton Ave, Apt. 15D
Brooklyn, NY 11205

Emily Fernandez
353 Ocean Ave Apt. 5A
Brooklyn, NY 11226

Emmanuel Fourmont
87 Smith Street, Apt 5E
Brooklyn, NY 11201

Foxtail Technologies
1107 Fair Oaks Ave, #884,
South Pasadena, CA 91030

Michael P Furdyna
402 Washington Ave. Apt.1
Brooklyn, NY 11238

Gaeta Green Enviro
25 Van Street
Staten Island, NY 10310

Amber L Garrison
29 St Johns Pl Apt 3
Brooklyn, NY 11217

Gay Parent Magazine
P.O.Box 206
Boston, MA 02133

Go Green Inc.
485 Atlantic Ave Ste A
Brooklyn, NY 11217

Nicole Greco
307 Vanderbilt St. #1
Brooklyn, NY 11218

Noemie Grenier
931 St-Marks Ave
Brooklyn, NY 11213

Wiley Griffiths
56 Cambridge Place
Brooklyn, NY 11238

Sharif Hamza
55 Berry Street, Apt 1J
Brooklyn, NY 11249

A. Harriott
1020 PRESIDENT STREET Apt
Brooklyn, NY 11225

Cassandra Hatton
70 Lenox Road Apt 6C
Brooklyn, NY 11226

Stephan Hoefnagels
509 Pacific St. Apt. 3F

Emily A. Howard
136 Macon St Apt 2
Brooklyn, NY 11216

Vonetta Hoyte
99 Lafayette Ave, 10-C
Brooklyn, NY 11217

Benjamin Hsu
12 Schermerhorn St, A
Brooklyn, NY 11201

Sherry Huang-Postelnicu
759 President St Apt 1E
Brooklyn, NY 11215


InDinero
340 South Lemon Ave #4637
Walnut, CA 91789


Christopher Infante
771 Union Street, Apt 2
Brooklyn, NY 11215


INResonance Inc
32 Industrial Drive East
Northampton, MA 01060


Internal Revenue Services
PO Box 7346
Philadelphia, PA 19101-7346


IRS
P.O. Box 7346
Philadelphia, PA 19101-7346


Sshahzad Ismaily
188 Underhill Ave Apt 2 B
Brooklyn, NY 11238


Jason and Rachel Beaurega
195 Hawthorn Ave #1N
Brooklyn, NY 11225


Tabora Johnson
420 Van Siclen Ave
Brooklyn, NY 11207


Frank Kao
4323 9the Avenue, 1G
Brooklyn, NY 11232


Jim Kerwin
1163 Dean Street #1
Brooklyn, NY 11211-8000

Eyal Kleinhandler-Dahan
2117 Glenwood Road
Brooklyn, NY 11210


Brendan C. Kombol
275 Conover Street, 4S
Brooklyn, NY 11231


Alma Lacour
553 10th Street, #3
Brooklyn, NY 11215


Fanny Lakoubay
225 Cherry street, 71C
New York, NY 10002


Fabienne Lasserre
1608 Bergen St, 2nd F
Brooklyn, NY 11213


Caroline Lee
4407 4th Ave Apt B2
Brooklyn, NY 11220


Pui Lee
1444 31st Road
Astoria, NY 11106


Suzette Lee-Romagnolo
185 Atlantic Ave Apt 4
Brooklyn, NY 11201


Jaime Leifer
61 Midwood St
Brooklyn, NY 11225


Pamilyn Li
719 6th Avenue, Apt 4
Brooklyn, NY 11215


Andrew Lin
314 Degraw St #1
Brooklyn, NY 11231

Christopher Logan
200 Sterling Place, Apt D
Brooklyn, NY 11238

Michael Lyons
1111 N Gulfstream Ave #2D
Sarasota, FL 34236

Mackie Media
447 Broadway
2nd FL #401
New York, NY 10013

Nneoma Maduike
324 Dean Street Apt 5B
Brooklyn, NY 11217

Django Martel
535 Dean St, Apt 208
Brooklyn, NY 11217

Kendall Masson
12 Schermerhorn St Apt 1
Brooklyn, NY 11201

Leeanne McIntyre
419 E. 4th Street, #2
Brooklyn, NY 11218

Patricia Mullings
2081 Schenectady Ave
Brooklyn, NY 11234

New York Family
One Metrotech Ctr North
Third Floor
Brooklyn, NY 11201

New York State Department
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

Christine Ng
565 Carroll St Apt. 1
Brooklyn, NY 11215


Joseph Ng
251 1st Street Apt 7A
Brooklyn, NY 11215


Dang Nguyen
73 Bay 26th St, #2F
Brooklyn, NY 11214


Thuan Nguyen
365 Bridge St Apt 24B
Brooklyn, NY 11201


Niche.com, Inc.
2840 Liberty Ave Ste 202
Pittsburgh, PA 15222


Peter Nigrini
296 Washington Ave.
Brooklyn, NY 11205


NY State Dept of Taxation
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300


NYC Dept of Environ. Pro.
59-17 Junction Blvd
Flushing, NY 11368


NYS Dept of Taxation
PO Box 5300
Albany, NY 12205-0300


Faith Osorio
241-30 Caney Rd
Jamaica, NY 11422


Patch
134 W 29th St, Fl 11,
New York, NY 10010

Frantz Pierre
200 Schermerhorn St.
Apt 324
Brooklyn, NY 11201


Ina Popova
28 Old Fulton St, Apt 3k
Brooklyn, NY 11201


Edouard Portelette
23 Virginia Place
Brooklyn, NY 11213


Proclean Maintenance Syst
 79 Alexander Ave
Bronx, NY 10454


Ravenna Solutions
PO Box 122145
Dallas, TX 75312-2145


Veronica Reboredo
274 21st St, Apt 2A
Brooklyn, NY 11215


Asha Rhodes-Meade
592 Sterling Place, Apt 2
Brooklyn, NY 11238


Brooke Richie-Babbage
681 East 4th Street
Brooklyn, NY 11218


Sonya Rocvil
353 Ocean Ave Apt 2i
Brooklyn, NY 11226


Michael Schapira
1138 Ocean Avenue #7A
Brooklyn, NY 11230


Douglas E. Schimmel
30 Henry St Apt 3
Brooklyn, NY 11201

Schneps
One MetroTech Center
Brooklyn, NY 11201


School & Student Services
Community Brands Holdco,
Dept 2145
P.O. Box 122145
Dallas, TX 75312-2145


See Tuition Deposits
in Schedule E/F


Alexander Selkirk
135 St Felix Street #1, B
Brooklyn, NY 11217


Mary Sheridan
280 Ashland Pl, Apt 12
Brooklyn, NY 11217


Faith Skeete
909 East 49th S
Brooklyn, NY 11203


Melissa Smith
Brooklyn, NY 11225


Katherine Spector
240 Franklin Ave Apt 2a
Brooklyn, NY 11205


SPLAT
100 Bogart St. Suite 420
Brooklyn, NY 11221


Summit Facility Solutions
1065 Old Country Rd #209
Westbury, NY 11590


Alice Tang
452 Macon St
Brooklyn, NY 11233

Robyn Tang
246 5th Ave, Apt 1L
Brooklyn, NY 11215


Tangerine Moons
3876 Plantation Lakes Dr
Johns Island, SC 29455


Shannon Thake-Kriegsmann
179 Prospect Park West 4L
Brooklyn, NY 11215


The Accountkeepers
340 South Lemon Ave #4637
Walnut, CA 91789


The Tempositions Group
622 3rd Ave 39th Floor
New York, NY 10017


Lukas Toth
365 Bridge St Apt 9A
Brooklyn, NY 11201


U.S. Small Business Admin
409 3rd St, SW
Washington, DC 20416


US Small Business Admin
409 3rd Street, SW
Washington, DC 20416


Verizon
P.O. Box 15124
Albany, NY 12212


W.B. Mason
59 Centre Street
Brockton, MA 02301


Frank Wang
78 Amity St Apt 3E
Brooklyn, NY 11201

Wang, Meivin
233 Lincoln Road
Brooklyn, NY 11225

Sam Weinger
365 Bond St, Apt A516
Brooklyn, NY 11231

Theresa Weinstein
503 3rd St
Brooklyn, NY 11215

Western Pest
483 10th Ave  Suite 100
New York, NY 10018

Jennifer Wilkin
9 Hanover Place
Brooklyn, NY 11201

Winfield Security
c/o Frank Goldstein
330 W 38th St
Suite 701
New York, NY 10018

Winfield Security Corpora
57 West 38th Street
New York, NY 10018-5500

Afiya Witter
130 Clarkson Ave 3O
Brooklyn, NY 11226

Christine Wong
23 Luquer Street, Apt 1
Brooklyn, NY 11231

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** __Science, Language, and Arts International School__          **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____    JUDGE:_____    DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____    JUDGE:_____    DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____    JUDGE:_____    DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

(OVER)

1/13/22  8:42PM

## DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __**Y**__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ James T Bentley**
_____
**James T Bentley**
Signature of Debtor's Attorney
**Winston & Strawn LLP**
**200 Park Ave.**
**New York, NY 10166-4193**
**(212) 294-6700 Fax:(212) 294-4700**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

<u>NOTE</u>: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

1/13/22  8:42PM



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X    Chapter    **7**

IN RE:    **Science, Language, and Arts
International School**

Case No.:

Debtor(s)    <u>STATEMENT PURSUANT TO LOCAL RULE 2017</u>

-------------------------------------------------X

I, **James T Bentley**, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
| **July 21, 2021 at 1:52 PM** | Initial interview, analysis of financial condition, etc. |
| **September 21, 2021 at 10:00 AM** | Preparation and review of Bankruptcy petition |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is $ <u>0.00</u> .

Dated: **January 13, 2022**

/s/ James T Bentley
**James T Bentley**
Attorney for debtor(s)
**Winston & Strawn LLP
200 Park Ave.
New York, NY 10166-4193**

**(212) 294-6700 Fax:(212) 294-4700
JBentley@winston.com**

PDF Attachment

A PDF file has been attached to this document.  This file
will appear here when a PDF is created using the ECFiling
button on the Print Documents window.


Pages: 6
File:  Fully Executed Written Consent.pdf
Path:  \\nyhome.winston.com\home-ny$\ASuffern\Desktop