UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

SCIENCE, LANGUAGE, AND ARTS
INTERNATIONAL SCHOOL,                               Chapter 7
                                                    Case No.: 22-40065-ess
                Debtor.
-------------------------------------------------------------X

## ORDER AUTHORIZING EMPLOYMENT OF ROZLIN FINANCIAL GROUP, INC. AS COLLECTION PROFESSIONAL TO THE CHAPTER 7 TRUSTEE

Upon reading the application of Richard J. McCord, as Chapter 7 Trustee ("Trustee"), dated February 23rd, 2022, seeking authorization to employ Rozlin Financial Group, Inc. ("Rozlin"), as Collection Professional to the Chapter 7 Trustee, for the above-captioned case, and upon the Declaration of Jason Roozee, Chief Executive Officer, dated February 19th, 2022 (the "Roozee Declaration"), and it appearing that the members of Rozlin, holds nor represents no interest adverse to the estate, and will represent no other entity in connection with this Chapter 7 case while employed by the Chapter 7 Trustee; and the employment of collection professional for the Trustee is necessary; it is hereby

**ORDERED**, that the Trustee, be and hereby is, authorized pursuant to 11 U.S.C. §327(a) and Bankruptcy Rule 2014, to retain Rozlin, on the terms of the Application and the Roozee Declaration, effective January 13, 2022, for the above-captioned estate; and it is further

**ORDERED**, that the compensation of Rozlin for its services on behalf of the Trustee shall be fixed by the Court in accordance with the applicable provisions of the Bankruptcy Code and Rules and the Local Rules of this Court; and

**ORDERED**, that to the extent the Application or Roozee Declaration is inconsistent with this Order, the terms of this Order shall govern; and, it is further

**ORDERED**, that Rozlin is hereby authorized to keep reasonably detailed time records in half-hour increments and will submit, with any interim or final fee application, together with the time records, a narrative summary, by project category, of services rendered and will identify each professional rendering services, the category of services rendered and the amount of

1

compensation requested; and it is further

**ORDERED**, that no compensation or reimbursement of expenses shall be paid to Rozlin for professional services rendered to the Trustee, except upon proper application pursuant to Bankruptcy Code §§ 330 and 331, Rule 2016 of the Bankruptcy Code, Local Rules, and the United States Trustee Guidelines, upon notice and a hearing and by further Order of this Court.

NO OBJECTION
UNITED STATES TRUSTEE


By: */s/ Reema Lateef, Esq.*

Dated: Brooklyn, New York
      March 30, 2022



Dated: Brooklyn, New York
April 5, 2022

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**