Richard J. McCord, Esq.
CERTILMAN BALIN ADLER & HYMAN, LLP
Attorneys for the Chapter 7 Trustee
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554
Phone: (516) 296-7000

|  |  |
|---|---|
| Hearing Date: | July 26, 2022 |
| Time: | 11:00 a.m. |
| Objections Due: | July 19, 2022 |
| Time: | 4:00 p.m. |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

Chapter 7

SCIENCE, LANGUAGE, AND
ARTS INTERNATIONAL SCHOOL,
                           Debtor.

Case No.: 22-40065-ess

-------------------------------------------------------------------X

**NOTICE OF MOTION AND AFFIRMATION IN SUPPORT FOR AN ORDER
APPROVING PAYMENT TO ROZLIN FINANCIAL GROUP, INC. AS COLLECTION
PROFESSIONAL TO THE CHAPTER 7 TRUSTEE
<ins>IN THE AMOUNT OF $3,422.48</ins>**

      **PLEASE TAKE NOTICE** that upon the annexed Application of Richard J. McCord, Esq., Chapter 7 Trustee (the "Trustee") for the Estate of Science, Language and Arts International School (the "Debtor"), by and through his counsel, Certilman Balin Adler & Hyman, LLP, for an Order pursuant to 11 U.S.C. §330 and Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (i) approving payment of fees to Rozlin Financial Group, Inc. as Collection Professional, in the amount of $3,422.48, for services rendered to the Trustee from January 13, 2022 through May 1, 2022, pursuant to 11 U.S.C. §330 and Rule 2016(a) of the Federal Rules of Bankruptcy Procedure; and (ii) for such other, further and different relief as this Court deems just, proper and equitable (the "Motion"), a hearing (the "Hearing") will be held before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge for the Eastern District of New York, Room 3585, at the United States Courthouse, 271 Cadman Plaza East, Brooklyn, New York 11201, on **July 26, 2022 at 11:00 a.m.**

      **PLEASE TAKE FURTHER NOTICE**, that objections to the relief requested in the Motion, must be in writing, stating with specificity the basis or bases on which such party in interest objects to the within Application, filed with the Bankruptcy Court at the Court's website www.nyeb.uscourts.gov (Password and Login Required) and shall be delivered to the Chambers

7741471.1

of the Honorable Elizabeth S. Stong and a hard copy shall be served upon the Chapter 7 Trustee, Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, East Meadow, New York 11554, attn: Richard J. McCord, Esq., and (ii) the Office of the United States Trustee, Eastern District of New York (Brooklyn Office), U.S. Federal Office of Building, 201 Varick Street, Suite 1006, New York, New York 10014.

**PLEASE TAKE FURTHER NOTICE,** all hearings before Judge Stong will be conducted remotely, by telephone or video as the Court deems appropriate, until further notice. It is not necessary to contact the Courtroom Deputy to request prior authorization to appear remotely, whether via telephone or video. Please use eCourt Appearances to register to appear at a hearing. To register, please provide your name, address, e-mail address, telephone number on the hearing date, and if appropriate, the party that you represent. **Please be sure to register at least two business days before your hearing.** You will receive instructions on how to access the remote hearing via e-mail two business days before the hearing. On your hearing date, please connect at least ten minutes before your scheduled hearing time, and keep your audio and video on mute until your case is called. If you have a CM/ECF account, you may access eCourt Appearances in the "Utilities" menu after logging into CM/ECF. If you do not have a CM/ECF account, you may access eCourt Appearances on the Court's website at **https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl**. Additional information about eCourt Appearances, including a tutorial on how to use the program, is available at https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances. The call in telephone number is **888-808-6929**. The Access Code is **8523285#**. Prior to the hearing, please review Judge Stong's Chambers Rules at https://www.nyeb.uscourts.gov/content/judge-elizabeth-s-stong.

2

All filing and service are to be made so as to be actually received by each party on or before **July 19, 2022, at 4:00 p.m**.

Dated: East Meadow, New York
June 15, 2022

**CERTILMAN BALIN ADLER & HYMAN, LLP**
Counsel for the Chapter 7 Trustee

By      /s/ Richard J. McCord_____
**RICHARD J. MCCORD, ESQ.**
90 Merrick Avenue
East Meadow, New York 11554
Phone: (516) 296-7000

3

7741471.1